UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **In re** | ) | |
| | ) | |
| **DONALD AND STEPHANIE McCUDDY** | ) | **CASE NO. 12-11813 NLJ** |
| | ) | **CHAPTER 13** |
| **Debtor** | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW Undersigned and enters his appearance for Debtors, and requests that all pleadings be mailed or electronically transmitted to undersigned at the address below.

Respectfully submitted,

S/ MIKE ROSE
Michael J. Rose, OBA No. 15523
4200 Perimeter Center Drive, Suite 245
Oklahoma City, OK 73112
(405) 605-3757 telephone
(405) 605-3758 facsimile
mrose@coxinet.net

### CERTIFICATE OF SERVICE

Undersigned hereby certifies that on 1-31-13, a true and correct copy of the foregoing document was served, via United States Mail, 1st class postage pre-paid, and properly addressed to the following:

All creditors on the attached mailing matrix

                                   s/ MIKE ROSE
                                   Mike Rose

1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1087-5<br>Case 12-11813<br>Western District of Oklahoma<br>Oklahoma City<br>Thu Jan 31 11:21:20 CST 2013 | ECMC<br>PO Box 75906<br>St. Paul, MN 55175-0906 | Oklahoma Employees Credit Union<br>PO Box 24027<br>Oklahoma City, OK 73124-0027 |
| USBC Western District of Oklahoma<br>215 Dean A. McGee<br>Oklahoma City, OK 73102-3426 | Academic Loan Group/gl<br>P.o. Box 7860<br>Madison WI 53707-7860 | Acaln/glelsi<br>P.o. Box 7860<br>Madison WI 53707-7860 |
| American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | Amsher Collection Service<br>Amsher Collections /Attn: Fran Burns<br>600 Beacon Parkway West, Suite 300<br>Birmingham AL 35209-3114 | Arned Amayem MD<br>c/o CSI Group<br>2519 NW 23 STE 204<br>OKC, OK 73107-2252 |
| Bank Of America, N.a.<br>450 American St<br>Simi Valley CA 93065-6285 | Bank of America, N.A.<br>P.O. Box 660933<br>Dallas, TX 75266-0933 | CASHCALL, INC.<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVE., STE. 400<br>SEATTLE, WA 98121-3132 |
| CONN APPLIANCES INC AS ATTORNEY-IN-FACT AND<br>P.O. BOX 2358<br>BEAUMONT, TX 77704-2358 | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>Po Box 30285<br>Salt Lake City UT 84130-0285 | (p)CASHCALL INC<br>17360 BROOKHURST STREET<br>FOUNTAIN VALLEY CA 92708-3720 |
| Cash Express of Edmond<br>609 S. Broadway<br>Edmond OK 73034-3853 | Chase<br>Po Box 15298<br>Wilmington DE 19850-5298 | Classen Urgent Care<br>419 W Gray Street<br>Norman OK 73069-7117 |
| Cmre Financial Services Inc<br>3075 E Imperial Hwy<br>Suite 200<br>Brea CA 92821-6753 | Conns Credit Corp<br>Box 2356<br>Beaumont TX 77704-2356 | (p)SECURITY FINANCE CENTRAL BANKRUPTCY<br>P O BOX 1893<br>SPARTANBURG SC 29304-1893 |
| Continental/aka Security Finance Corp<br>Sfc Central Bank/Continental Loans<br>Po Box 1893<br>Spartansburg SC 29304-1893 | Credit Collections I<br>2601 Nw Expressway Suite 1000e<br>Oklahoma City OK 73112-7238 | Credit One Bank<br>Po Box 98873<br>Las Vegas NV 89193-8873 |
| Credit Servi<br>PO Box 60566<br>Oklahoma City OK 73146-0566 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | ECMC<br>P.O. Box 75906<br>Paul, MN 55175-0906 |
| First Med Urgent Care Penn<br>13420 North Pennsulvania<br>Oklahoma City OK 73120-9007 | Gecrb/carcare One<br>Po Box 981439<br>El Paso TX 79998-1439 | Gemb/JC Penny<br>Attention:  Bankruptcy<br>Po Box 103104<br>Roswell GA 30076-9104 |

| | | |
|---|---|---|
| Great Lakes Educational Loan Services<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Madison Village Apts<br>c/o CSI Group<br>2519 NW 23rd STE 204<br>OKC, OK 73107-2252 |
| Merrick Bank<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Merrick Bk<br>Attn: Bankruptcy<br>P.O. Box 23356<br>Pittsburg PA 15222-6356 | Money Services<br>109 NW 22nd<br>Oklahoma City OK 73103-4300 |
| OAK HARBOR CAPITAL VI, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Oklahoma Educators Credit Union<br>PO Box 22222<br>Oklahoma City OK 73123-1222 | Oklahoma Employees Cr<br>3020 N Stiles Ave<br>Oklahoma City OK 73105-2812 |
| Physicians Surgical Center LLC<br>3121 S Telephone Rd<br>Oklahoma City OK 73160-2944 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | SFC-Central Bankruptcy<br>P.O. Box 1893<br>Spartanburg, S.C 29304-1893 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Sterling Inc. dba Kay Jewelers<br>c/o Weltman, Weinberg & Reis, Co., LPA<br>P.O. Box 93784<br>Cleveland, OH 44101-5784 | Sterling Jewelers Inc., dba KAY JEWELERS<br>c/o Weltman, Weinberg & Reis<br>323 W. Lakeside Avenue<br>Cleveland, OH 44113-1085 |
| Tulsa Teachers Credit<br>3720 E 31st St<br>Tulsa OK 74135-1507 | Tulsa Teachers Credit Union<br>PO Box 4999<br>Tulsa, OK 74159-0999 | U.S. Trustee<br>United States Trustee<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102-3444 |
| Weisfield Jewelers/Sterling Jewelers Inc<br>Attn: Bankruptcy<br>Po Box 1799<br>Akron OH 44309-1799 | Wfs Financial/Wachovia Dealer Services<br>Po Box 3569<br>Rancho Cucamonga CA 91729-3569 | Donald Paul McCuddy<br>1201 Allens Trail<br>Edmond, OK 73012-6409 |
| John T. Hardeman<br>PO Box 1948<br>Oklahoma City, OK 73101-1948 | Stephanie Concetta McCuddy<br>1201 Allens Trail<br>Edmond, OK 73012-6409 | Tearsa Storms Olson<br>1901 N Classen Blvd Suite 112<br>Oklahoma City, OK 73106-6011 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cash Call Inc.<br>PO Box 66007<br>Anaheim CA 92816 | Continental Credit<br>4607 SE 29th Street<br>Oklahoma City OK 73115 | Dell Financial Services<br>Attn: Bankruptcy Dept.<br>Po Box 81577<br>Austin TX 78708 |

```
(d)Dell Financial Services, LLC         Portfolio Recovery Associates, LLC      Sprint Nextel  Correspondence
Resurgent Capital Services              PO Box 41067                            Attn Bankruptcy Dept
PO Box 10390                            Norfolk VA 23541                        PO Box 7949
Greenville, SC 29603-0390                                                       Overland Park KS 66207-0949


(d)Sprint Nextel Distribution
Attn: Bankruptcy Dept
P.O. Box 3326
Englewood, CO 80155-3326
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Bank of America, N.A.                (d)Oklahoma Employees Credit Union      (u)Pickup Shop
                                        PO Box 24027
                                        Oklahoma City, OK 73124-0027


End of Label Matrix
Mailable recipients    53
Bypassed recipients     3
Total                  56
```