IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| DONALD PAUL MCCUDDY | CASE NO. 12-11813 NLJ |
| SSN: XXX-XX-7524 | |

___

**NOTICE OF TERMINATION OF PAYROLL WITHHOLDING OF DEBTOR**
___

AN "ORDER TO EMPLOYER TO PAY TO TRUSTEE" WAS PREVIOUSLY APPROVED BY UNITED STATES BANKRUPTCY COURT. THIS ORDER STATED THE AMOUNT TO BE WITHHELD FROM EACH PAY PERIOD OF THE DEBTOR REFERENCED ABOVE. PURSUANT TO THIS NOTICE, YOU ARE HEREBY NOTIFIED TO CEASE THIS DEDUCTION IMMEDIATELY UNTIL FURTHER NOTICE FROM THE TRUSTEE'S OFFICE.

SERCO SERVICES

SHALL CEASE DEDUCTING FROM THE PAYMENTS OF:

DONALD PAUL MCCUDDY

ADDITIONALLY, THE EMPLOYER OR OTHER SAID PARTY SHALL REFUND TO THE DEBTOR ANY MONEY WHICH HE (SHE) MAY NOW HAVE ON HAND AS A RESULT OF SUCH WITHHOLDINGS. A COPY OF THIS NOTICE SHALL BE SENT TO THE EMPLOYER BY REGULAR MAIL.

/s/ John T. Hardeman
___
CHAPTER 13 TRUSTEE
P.O. BOX 1948
OKLAHOMA CITY, OK 73101
(405)236-4843

#680/KG