**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **In re** | ) | |
| | ) | |
| **DONALD AND STEPHANIE McCUDDY** | ) | **CASE NO. 12-11813 NLJ** |
| | ) | |
| **Debtor** | ) | |

**<u>NOTICE OF CONVERSION</u>**

Notice is hereby given of the Conversion of Debtors' case from one under Chapter 13 to a case under Chapter 7.

Respectfully submitted:

S/ MIKE ROSE
Michael J. Rose OBA No. 15523
First Perimeter Center
4200 Perimeter Center Drive Suite 245
Oklahoma City, OK 73112
(405) 605-3758 telephone
(405) 605-3758 facsimile

## <u>CERTIFICATE OF SERVICE</u>

Undersigned further certifies that on 2-22-13 the foregoing document was served, via United States Mail, 1st class postage pre-paid, and properly addressed to the following:

All creditors on the attached mailing matrix

John Hardeman
CHAPTER 13 TRUSTEE

s/ MIKE ROSE
Mike Rose

Label Matrix for local noticing
1087-5
Case 12-11813
Western District of Oklahoma
Oklahoma City
Thu Jan 31 11:21:20 CST 2013

USBC Western District of Oklahoma
215 Dean A. McGee
Oklahoma City, OK 73102-3426

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK  73124-8848

Bank Of America, N.a.
450 American St
Simi Valley CA 93065-6285

CONN APPLIANCES INC AS ATTORNEY-IN-FACT AND
P.O. BOX 2358
BEAUMONT, TX 77704-2358

Cash Express of Edmond
609 S. Broadway
Edmond OK 73034-3853

Cmre Financial Services Inc
3075 E Imperial Hwy
Suite 200
Brea CA 92821-6753

Continental/aka Security Finance Corp
Sfc Central Bank/Continental Loans
Po Box 1893
Spartanburg SC 29304-1893

Credit Servi
PO Box 60566
Oklahoma City OK 73146-0566

First Med Urgent Care Penn
13420 North Pennsulvania
Oklahoma City OK 73120-9007

ECMC
PO Box 75906
St. Paul, MN 55175-0906

Academic Loan Group/gl
P.o. Box 7860
Madison WI 53707-7860

Amsher Collection Service
Amsher Collections /Attn: Fran Burns
600 Beacon Parkway West, Suite 300
Birmingham AL 35209-3114

Bank of America, N.A.
P.O. Box 660933
Dallas, TX 75266-0933

Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City UT 84130-0285

Chase
Po Box 15298
Wilmington DE 19850-5298

Conns Credit Corp
Box 2356
Beaumont TX 77704-2356

Credit Collections I
2601 Nw Expressway Suite 1000e
Oklahoma City OK 73112-7238

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Gecrb/carcare One
Po Box 981439
El Paso TX 79998-1439

Oklahoma Employees Credit Union
PO Box 24027
Oklahoma City, OK 73124-0027

Acaln/glelsi
P.o. Box 7860
Madison WI 53707-7860

Arned Amayem MD
c/o CSI Group
2519 NW 23 STE 204
OKC, OK 73107-2252

CASHCALL, INC.
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVE., STE. 400
SEATTLE, WA 98121-3132

(p)CASHCALL INC
17360 BROOKHURST STREET
FOUNTAIN VALLEY CA 92708-3720

Classen Urgent Care
419 W Gray Street
Norman OK 73069-7117

(p)SECURITY FINANCE CENTRAL BANKRUPTCY
P O BOX 1893
SPARTANBURG SC 29304-1893

Credit One Bank
Po Box 98873
Las Vegas NV 89193-8873

ECMC
P.O. Box 75906
Paul, MN 55175-0906

Gemb/JC Penny
Attention:  Bankruptcy
Po Box 103104
Roswell GA 30076-9104

Great Lakes Educational Loan Services
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

LVNV Funding, LLC its successors and assigns
assignee of FNBM
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Madison Village Apts
c/o CSI Group
2519 NW 23rd STE 204
OKC, OK 73107-2252

Merrick Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Merrick Bk
Attn: Bankruptcy
P.O. Box 23356
Pittsburg PA 15222-6356

Money Services
109 NW 22nd
Oklahoma City OK 73103-4300

OAK HARBOR CAPITAL VI, LLC
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Oklahoma Educators Credit Union
PO Box 22222
Oklahoma City OK 73123-1222

Oklahoma Employees Cr
3020 N Stiles Ave
Oklahoma City OK 73105-2812

Physicians Surgical Center LLC
3121 S Telephone Rd
Oklahoma City OK 73160-2944

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

SFC-Central Bankruptcy
P.O. Box 1893
Spartanburg, S.C 29304-1893

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

Sterling Inc. dba Kay Jewelers
c/o Weltman, Weinberg & Reis, Co., LPA
P.O. Box 93784
Cleveland, OH 44101-5784

Sterling Jewelers Inc., dba KAY JEWELERS
c/o Weltman, Weinberg & Reis
323 W. Lakeside Avenue
Cleveland, OH 44113-1085

Tulsa Teachers Credit
3720 E 31st St
Tulsa OK 74135-1507

Tulsa Teachers Credit Union
PO Box 4999
Tulsa, OK 74159-0999

U.S. Trustee
United States Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102-3444

Weisfield Jewelers/Sterling Jewelers Inc
Attn: Bankruptcy
Po Box 1799
Akron OH 44309-1799

Wfs Financial/Wachovia Dealer Services
Po Box 3569
Rancho Cucamonga CA 91729-3569

Donald Paul McCuddy
1201 Allens Trail
Edmond, OK 73012-6409

John T. Hardeman
PO Box 1948
Oklahoma City, OK 73101-1948

Stephanie Concetta McCuddy
1201 Allens Trail
Edmond, OK 73012-6409

Tearsa Storms Olson
1901 N Classen Blvd Suite 112
Oklahoma City, OK 73106-6011

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cash Call Inc.
PO Box 66007
Anaheim CA 92816

Continental Credit
4607 SE 29th Street
Oklahoma City OK 73115

Dell Financial Services
Attn: Bankruptcy Dept.
Po Box 81577
Austin TX 78708

(d)Dell Financial Services, LLC
Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk VA 23541

Sprint Nextel  Correspondence
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

(d)Sprint Nextel Distribution
Attn: Bankruptcy Dept
P.O. Box 3326
Englewood, CO 80155-3326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America, N.A.

(d)Oklahoma Employees Credit Union
PO Box 24027
Oklahoma City, OK 73124-0027

(u)Pickup Shop

End of Label Matrix
Mailable recipients    53
Bypassed recipients     3
Total                  56